PS 42
(8/96 ND/FL)

# United States District Court

## Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Nila Marin Maloney | ) | Case No. 3:06CR123 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Nila Marin Maloney, have discussed with Marie R. Johnson, U.S. Probation Officer, modification of my release as follows:

Add condition requiring defendant to participate in a mental health assessment and counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

_Nila M. Maloney_  12-05-06    _Marie R. Johnson_   12/05/06
Signature of Defendant     Date    U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    12/8/06
Signature of Defense Counsel    Date

_____    12/13/06
Signature of Assistant U.S. Attorney    Date

[✓] The above modification of conditions of release is ordered, to be effective on
    12/5/06

[ ] The above modification of conditions of release is not ordered.

_____    12/18/06
Signature of Judicial Officer    Date

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 DEC 19 AM 7: 36

FILED